UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Katie Ann Rivera                                                  Docket No. 7:11-CR-129-1D

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Katie Ann Rivera, who, upon an earlier plea of guilty to Conspiracy to Rob a Business Engaged in Interstate Commerce, in violation of 18 U.S.C. § 1951, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 29, 2013, to the custody of the Bureau of Prisons for a term of 28 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Katie Ann Rivera was released from custody on December 6, 2013, at which time the term of supervised release commenced.

On August 21, 2014, a Violation Report was submitted to the court advising that the defendant was charged with Driving While License Revoked in Onslow County, North Carolina. The probation officer recommended, and the court agreed, to allow supervision to continue as this was her first infraction and she was previously in compliance with supervision requirements.

On July 14, 2015, a Violation Report was submitted to the court advising that the defendant tested positive for marijuana. At that time, the probation officer recommended, and the court agreed, to allow supervision to continue and that she remain in the Surprise Urinalysis Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 13, 2015, Rivera submitted to a urinalysis screening, which was confirmed positive for marijuana by Alere Laboratories. On September 9, 2015, Rivera was confronted about this test at which time she admitted to using marijuana approximately one week prior to the urinalysis screening. Rivera will continue to participate in the Surprise Urinalysis Program and she is scheduled for a substance abuse assessment at Chemical Dependency Training Evaluation & Guidance (CDTEG) in Jacksonville, North Carolina on September 16, 2015.

As a sanction for the violation conduct, the probation officer recommends imposition of home detention through the use of the Location Monitoring Program for a period of 30 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Katie Ann Rivera
Docket No. 7:11-CR-129-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: September 16, 2015

## ORDER OF THE COURT

Considered and ordered this __22__ day of __September__, 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge